IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ELTON JOHNSON,
ADC #113294                                                          PLAINTIFF

v.                                    5:08CV00038HLJ

RICK TONEY,  et al.                                                  DEFENDANTS

ORDER

On April 25, 2008 and August 25, 2008, defendants filed their answers to plaintiff's complaints, asserting several affirmative defenses.  This matter is ready to be scheduled for trial.   If defendants intend to rely on the defenses mentioned in their answers, they must file a dispositive motion within thirty (30) days of the date of this Order.

IT IS SO ORDERED this 17th day of December,  2008.

_____
United States Magistrate Judge