IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ELTON JOHNSON,
ADC #113294                                                                                              PLAINTIFF

v.                                              5:08CV00038HLJ

RICK TONEY, et al.                                                                                  DEFENDANTS

## ORDER

This matter is before the Court on the motion for summary judgment filed by defendants Anderson, Shaw, Mitchell, and Ferrell (DE #114). Plaintiff has filed a response to the motion (DE #127).

In reviewing the defendants' motion and plaintiff's response, the Court finds additional briefing would be helpful concerning plaintiff's allegation that defendant Mitchell denied him adequate medication for forty-five days in March, 2005, and also delayed plaintiff's opportunity to see a doctor. Therefore, the Court will direct the parties to file simultaneous addenda/briefs to their motion and response, within ten days of the date of this Order. Accordingly,

IT IS, THEREFORE, ORDERED that the parties shall file additional briefs and affidavits addressing plaintiff's allegation concerning the deprivation of medication and medical attention by defendant Mitchell in March, 2005, within ten days of the date of this Order.

IT IS SO ORDERED this 1st day of May, 2009.

_____
United    States    Magistrate    Judge

1