IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ELTON JOHNSON,
ADC #113294                                                                                            PLAINTIFF

v.                                          5:08CV00038JLH/JTK

RICK TONEY, et al.                                                                                  DEFENDANTS

ORDER

This matter is before the Court on the defendants' second motion for summary judgment (Doc. No. 153). As of this date, plaintiff has not filed a response. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff shall file a response to defendants' summary judgment motion within fifteen days of the date of this Order.

IT IS SO ORDERED this 24th day of May, 2010.

_____
UNITED STATES MAGISTRATE JUDGE