**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ELTON JOHNSON,                                                                                          PLAINTIFF
ADC #113294

v.                                              No. 5:08CV00038 JLH/JTK

RICK TONEY, et al.                                                                                    DEFENDANTS

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that defendants' motion for summary judgment (Doc. No. 153) is hereby GRANTED, and plaintiff's complaint against defendants is DISMISSED with prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 23rd day of August, 2010.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE