**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ELTON JOHNSON,                                                                                        PLAINTIFF
ADC #113294

v.                                              No. 5:08CV00038 JLH/JTK

RICK TONEY, et al.                                                                                  DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 23rd day of August, 2010.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE