**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

ELTON JOHNSON,                                                                    PLAINTIFF
ADC #113294

v.                                        No. 5:08CV00038 JLH/JTK

RICK TONEY, et al.                                                              DEFENDANTS

## ORDER

Pending before the Court is the motion and supplemental motion of Wright, Lindsey &

Jennings LLP for the reimbursement of out-of-pocket expenses.  Having considered the application

pursuant to the guidelines and policies of the Library Fund, the Court orders that the Clerk of the

Court disburse money from the Library Fund in the amount of $1,567.26 and distribute it to Wright,

Lindsey & Jennings LLP.  A copy of this order, together with the motion and the supplemental

motion, will be placed in the Library Fund file maintained by the Clerk of the Court.

IT IS SO ORDERED this 16th day of December, 2010.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE